UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE MARSHALL et al., <br><br> Plaintiffs, <br> v. <br><br> STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al., <br><br> Defendants. | CASE NO. 2:25-cv-01867-LK <br><br> ORDER GRANTING STIPULATED DISMISSAL OF JESSICA ROMERO AND JOHN DOE ROMERO WITH PREJUDICE |

This matter comes before the Court on the parties' Stipulation and Proposed Order Dismissing Defendants Jessica Romero and John Doe Romero with Prejudice. Dkt. No. 17. Pursuant to the parties' stipulation, Defendants Jessica Romero and George Romero, i.e., John Doe Romero, are hereby DISMISSED with prejudice and without an award of costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii); *see also* Dkt. No. 17 at 2.

Dated this 15th day of October, 2025.

Lauren King
United States District Judge

ORDER GRANTING STIPULATED DISMISSAL OF JESSICA ROMERO AND JOHN DOE ROMERO WITH PREJUDICE - 1