UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| BONNIE MARSHALL et al., | CASE NO. 2:25-cv-01867-LK |
| Plaintiffs, | ORDER DISMISSING CASE |
| v. | |
| STATE FARM MUTUAL AUTOMOBILE INSURANCE COMPANY et al., | |
| Defendants. | |

This matter comes before the Court on the parties' Stipulation and Proposed Order of Dismissal with Prejudice. Dkt. No. 19. Pursuant to the parties' stipulation, this case is DISMISSED with prejudice and without an award of costs or fees to any party. *See* Fed. R. Civ. P. 41(a)(1)(A)(ii).

Dated this 26th day of November, 2025.

*[signature: Lauren King]*

Lauren King
United States District Judge